Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−11160−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Adam Czekanski                              Elzbieta Czekanski
16 Homestead Road                           16 Homestead Road
Elmwood Park, NJ 07407                      Elmwood Park, NJ 07407

Social Security No.:
xxx−xx−6318                                 xxx−xx−5351

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:      8/14/18
Time:      10:00 AM
Location:  Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
David L. Stevens, Debtor's Attorney

COMMISSION OR FEES
period: 12/11/2017 to 7/17/2018, fee: $1,542.25,

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: July 23, 2018
JAN:

Jeanne Naughton
Clerk

Case 18-11160-RG    Doc 47    Filed 07/25/18    Entered 07/26/18 00:42:43    Desc Imaged
Certificate of Notice    Page 2 of 4

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-11160-RG
Adam Czekanski                                                            Chapter 13
Elzbieta Czekanski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                 Page 1 of 2              Date Rcvd: Jul 23, 2018
                              Form ID: 137                Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2018.
```
db/jdb         +Adam Czekanski,    Elzbieta Czekanski,    16 Homestead Road,    Elmwood Park, NJ 07407-1307
cr            ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:  Ford Motor Credit Company, LLC,     PO Box 62180,
                 Colorado Springs, MO  80962)
517286587      +1st Crd Srvc,    377 Hoes Lane,    Piscataway, NJ 08854-4138
517286589     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bankamerica,     Po Box 982238,    El Paso, TX 79998)
517425278      +Bank of America, N.A.,     P O Box 982284,    El Paso, TX 79998-2284
517286590      +Bby/cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
517286596      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517335762      +Department Stores National Bank,     Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
517286599      +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
517324027      +Ford Motor Credit,    PO box 542000,    Omaha, NE 68154-8000
517426940      +HomeBridge Financial Services, Inc.,     c/o Cenlar FSB,    425 Phillips Blvd,
                 Ewing, NJ 08618-1430
517286601      +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
517441930      +The Bureaus, Inc.,    c/o of PRA Receivables Management, LLC,     PO Box 41021,
                 Norfolk, VA 23541-1021
517384299     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:  U.S. Bank National Association,     Bankruptcy Department,
                 PO Box 108,    St. Louis MO 63166-0108)
517391378       US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
517286602      +Unvl/citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
517286604      +Us Dept Of Ed/glelsi,     2401 International Lane,    Madison, WI 53704-3121
517286605      +Wells Fargo,    Po Box 14517,    Des Moines, IA 50306-3517
517286606      +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
517372533       Wells Fargo Bank, N.A.,     Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 24 2018 00:10:57      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 24 2018 00:10:54      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517286588      +E-mail/Text: bkrpt@retrievalmasters.com Jul 24 2018 00:10:52      Amca,    2269 S Saw Mill,
                 Elmsford, NY 10523-3832
517412611       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 24 2018 00:12:56
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517295178      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 24 2018 00:13:33
                 BMW Bank of North America,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
517353623       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jul 24 2018 00:12:56
                 BMW Financial Services NA, LLC,    P.O. Box 3608,    Dublin, OH  43016
517286592       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jul 24 2018 00:12:57      Bmw Financial Services,
                 5515 Parkcenter Cir,    Dublin, OH 43017
517295179      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 24 2018 00:13:33
                 BMW Financial Services NA, LLC,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
517286593       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 24 2018 00:13:32      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
517348501       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 24 2018 00:14:16
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517286594      +E-mail/Text: bankruptcy@cavps.com Jul 24 2018 00:11:15      Cavalry Portfolio Serv,
                 Po Box 27288,    Tempe, AZ 85285-7288
517324140      +E-mail/Text: bankruptcy@cavps.com Jul 24 2018 00:11:15      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517286595      +E-mail/Text: kzoepfel@credit-control.com Jul 24 2018 00:10:58      Central Loan Admin & R,
                 425 Phillips Blvd,    Ewing, NJ 08618-1430
517286597      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 24 2018 00:10:40      Comenity Bank/pier 1,
                 Po Box 182789,    Columbus, OH 43218-2789
517303236       E-mail/Text: mrdiscen@discover.com Jul 24 2018 00:09:43      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517286598      +E-mail/Text: mrdiscen@discover.com Jul 24 2018 00:09:43      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
517286600      +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Jul 24 2018 00:11:52
                 Jh Portfolio Debt Equi,    5757 Phantom Dr Ste 225,    Hazelwood, MO 63042-2429
517298850      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 24 2018 00:10:53      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
```

```
District/off: 0312-2           User: admin                  Page 2 of 2                  Date Rcvd: Jul 23, 2018
                               Form ID: 137                 Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517399919          E-mail/Text: bnc-quantum@quantum3group.com Jul 24 2018 00:10:47
                   Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
517392949         +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 24 2018 00:14:26      Verizon,
                   by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517286591*       ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bk Of Amer,    Po Box 982238,   El Paso, TX 79998)
517363635*       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit Company LLC,    P.O. Box 62180,
                   Colorado Springs, CO 80962)
517286603*       ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court: Us Bk Rms Cc,    Po Box 108,   Saint Louis, MO 63166)
517378610*        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,   PO Box 10438, MAC F8235-02F,
                   Des Moines, IA 50306-0438
                                                                                           TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2018 at the address(es) listed below:
```
          David L. Stevens    on behalf of Debtor Adam  Czekanski dstevens@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;tscialla@scurameal
           ey.com
          David L. Stevens    on behalf of Joint Debtor Elzbieta  Czekanski dstevens@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;tscialla@scurameal
           ey.com
          Denise E. Carlon    on behalf of Creditor   HomeBridge Financial Services, Inc.
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor   Ford Motor Credit Company, LLC
           ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   HomeBridge Financial Services, Inc.
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```