UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Counsel to Debtors

In Re:

Adam Czekanski; Elzbieta Czekanski,

                          Debtors.

**Order Filed on February 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:      18-11160

Chapter:       13

Judge:        RG

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 6, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____11/07/2019_____ :

Property:    16 Homestead Road, Elmwood Park, NJ 07407

Creditor:    Shellpoint Mortgage Servicing

and a Request for

☑ Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtors_____ , and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____ , and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____04/30/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2