| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>Scura, Wigfield, Heyer,<br>Stevens & Cammarota, LLP<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470<br>Tel.: 973-696-8391<br>Counsel to Debtors | **Order Filed on August 7, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Adam Czekanski and Elzbieta Czekanski,<br><br>                    Debtors. | Case No.:    18-11160<br>Chapter:    13<br>Judge:    RG |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 7, 2019**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____2/26/2018_____ :

Property:     16 Homestead Road, Elmwood Park, NJ 07407

Creditor:     Shellpoint Mortgage Servicing

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtors_____ , and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____ , and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____10/28/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*