Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18–11160–RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Adam Czekanski
16 Homestead Road
Elmwood Park, NJ 07407

Elzbieta Czekanski
16 Homestead Road
Elmwood Park, NJ 07407

Social Security No.:
xxx–xx–6318

xxx–xx–5351

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/20/19 at 10:00 AM

to consider and act upon the following:

*74* – Application re: Request for a Status Conference Filed by David L. Stevens on behalf of Adam Czekanski, Elzbieta Czekanski. Objection deadline is 10/22/2019. (Attachments: # 1 Exhibit TPP Letter # 2 Exhibit Portal History # 3 Exhibit Emails to Noe Vasquez # 4 Certificate of Service) (Stevens, David)

Dated: 10/23/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court