UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  

**Czekanski, Adam**
**Czekanski, Elzbieta**

**Debtor(s).**

Case No.:    18-11160-RG

Chapter:    7

Judge:    Rosemary Gambardella

---

**NOTICE OF PROPOSED ABANDONMENT**

---

Donald V. Biase, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the Court |
| --- | --- |
|  | 50 Walnut Street |
|  | Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable Rosemary Gambardella on January 7, 2020 at 10:00 AM at the United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102 in Courtroom no. 3E. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

**Description and value of property:**

   **16 Homestead Road, Elmwood Park, NJ 07407**
   $305,000

**Liens on property**:

   $298,632

**Amount of equity claimed as exempt:**

   $6,368

Objections must be served on, and requests for additional information directed to:

Rev. 8/1/15

Donald V. Biase, Chapter 7 Trustee

110 Allen Road
Suite 304
Basking Ridge, NJ 07920

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                       Case No. 18-11160-RG
Adam Czekanski                                                               Chapter 7
Elzbieta Czekanski
          Debtors
                                   CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 3                   Date Rcvd: Dec 09, 2019
                               Form ID: pdf905              Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2019.
db/jdb         +Adam Czekanski,    Elzbieta Czekanski,    16 Homestead Road,    Elmwood Park, NJ 07407-1307
cr            ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court:    Ford Motor Credit Company, LLC,    PO Box 62180,
                 Colorado Springs, MO 80962)
cr             +New Penn Financial, LLC d/b/a Shellpoint Mortgage,    RAS Citron, LLC,
                 130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
517286587      +1st Crd Srvc,    377 Hoes Lane,   Piscataway, NJ 08854-4138
517286589     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:    Bankamerica,    Po Box 982238,   El Paso, TX 79998)
517425278      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517286590      +Bby/cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
517286596      +Chase Card,    Po Box 15298,   Wilmington, DE 19850-5298
517335762      +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
517286599      +Dsnb Macys,    Po Box 8218,   Mason, OH 45040-8218
517324027      +Ford Motor Credit,    PO box 542000,    Omaha, NE 68154-8000
517426940      +HomeBridge Financial Services, Inc.,    c/o Cenlar FSB,    425 Phillips Blvd,
                 Ewing, NJ 08618-1430
517904333      +New Penn Financial, LLC,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
517938140      +New Penn Financial, LLC,    Shellpoint Mortgage Servicing,    P.O. Box 10826,
                 Greenville, SC 29603-0826
517885309       New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
                 Greenville, SC  29603-0675
517885310       New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
                 Greenville, SC  29603-0675,    New Penn Financial, LLC d/b/a Shellpoint,    P.O. Box 10675,
                 Greenville, SC  29603-0675
517286601      +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
517441930      +The Bureaus, Inc.,    c/o of PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
517384299     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court:    U.S. Bank National Association,    Bankruptcy Department,
                 PO Box 108,   St. Louis MO 63166-0108)
517391378       US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,   MADISON, WI 53708-8973
517286602      +Unvl/citi,    Po Box 6241,   Sioux Falls, SD 57117-6241
517286604      +Us Dept Of Ed/glelsi,    2401 International Lane,    Madison, WI 53704-3121
517286605      +Wells Fargo,    Po Box 14517,   Des Moines, IA 50306-3517
517286606      +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
517372533       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +E-mail/Text: BNC@magtrustee.com Dec 10 2019 00:01:50     Marie-Ann Greenberg,
                 Chapter 13 Standing Trustee,    30 Two Bridges Rd,    Suite 330,   Fairfield, NJ 07004-1550
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 10 2019 00:01:11      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 10 2019 00:01:08     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517286588      +E-mail/Text: bkrpt@retrievalmasters.com Dec 10 2019 00:01:07     Amca,   2269 S Saw Mill,
                 Elmsford, NY 10523-3832
517412611       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 09 2019 23:57:34
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517295178      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 09 2019 23:56:21
                 BMW Bank of North America,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
517353623       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Dec 09 2019 23:56:56
                 BMW Financial Services NA, LLC,    P.O. Box 3608,   Dublin, OH  43016
517286592       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Dec 09 2019 23:56:55     Bmw Financial Services,
                 5515 Parkcenter Cir,   Dublin, OH 43017
517295179      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 09 2019 23:56:21
                 BMW Financial Services NA, LLC,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
517286593       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 09 2019 23:56:18     Capital One,
                 15000 Capital One Dr,   Richmond, VA 23238
517348501       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 09 2019 23:57:24
                 Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
517286594      +E-mail/Text: bankruptcy@cavps.com Dec 10 2019 00:01:33     Cavalry Portfolio Serv,
                 Po Box 27288,   Tempe, AZ 85285-7288
517324140      +E-mail/Text: bankruptcy@cavps.com Dec 10 2019 00:01:33     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
```

```
District/off: 0312-2              User: admin               Page 2 of 3             Date Rcvd: Dec 09, 2019
                                  Form ID: pdf905           Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517286595       +E-mail/Text: kzoepfel@credit-control.com Dec 10 2019 00:01:12      Central Loan Admin & R,
                 425 Phillips Blvd,    Ewing, NJ 08618-1430
517286597       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 10 2019 00:00:47      Comenity Bank/pier 1,
                 Po Box 182789,    Columbus, OH 43218-2789
517958049        E-mail/Text: bnc-quantum@quantum3group.com Dec 10 2019 00:01:02
                 Department Stores National Bank,   c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
517303236        E-mail/Text: mrdiscen@discover.com Dec 10 2019 00:00:14      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517286598       +E-mail/Text: mrdiscen@discover.com Dec 10 2019 00:00:14      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
517286600       +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Dec 10 2019 00:02:02
                 Jh Portfolio Debt Equi,    5757 Phantom Dr Ste 225,    Hazelwood, MO 63042-2429
517298850       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 10 2019 00:01:07      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517399919        E-mail/Text: bnc-quantum@quantum3group.com Dec 10 2019 00:01:02
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
517392949       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 10 2019 00:07:56      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517938141        New Penn Financial, LLC,    Shellpoint Mortgage Servicing,    P.O. Box 10826,
                 Greenville, SC 29603-0675,    New Penn Financial, LLC,    Shellpoint Mortgage Servicing
517286591*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
517363635*      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court:   Ford Motor Credit Company LLC,     P.O. Box 62180,
                 Colorado Springs, CO 80962)
517286603*      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:   Us Bk Rms Cc,    Po Box 108,    Saint Louis, MO 63166)
517378610*       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
                                                                                          TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2019                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2019 at the address(es) listed below:
```
              David L. Stevens    on behalf of Debtor Adam  Czekanski dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
               a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
              David L. Stevens    on behalf of Joint Debtor Elzbieta  Czekanski dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
               a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
              Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Donald V. Biase    dbiase4236@gmail.com,
               dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Laura M. Egerman    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage
               Servicing bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
```

```
District/off: 0312-2            User: admin              Page 3 of 3              Date Rcvd: Dec 09, 2019
                                Form ID: pdf905          Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Rebecca Ann Solarz    on behalf of Creditor    HomeBridge Financial Services, Inc. rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                            TOTAL: 9