UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**SCURA, WIGFIELD, HEYER,**
**STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Telephone: 973-696-8391
David L. Stevens
dstevens@scura.com
Counsel for Debtors

**Order Filed on May 18, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Adam Czekanski,
                    Debtors.

Chapter 7

Case No.  18-11160

Hon. Rosemary Gambardella

Hearing Date: June 3, 2020 at 10 am

## ORDER AUTHORIZING THE DEBTORS TO ENTER INTO A LOAN MODIFICATION AGREEMENT

The relief set forth on the following page, numbered two (2) through two (2), is hereby

**ORDERED**.

**DATED: May 18, 2020**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtors: Adam Czekanski and Elzbieta Czekanski;
Case No.: 18-11160 (RG)

Caption of Order:  **Order Authorizing Debtors to Enter Into Loan Modification Agreement**

Page 2 of 2

THIS MATTER, having been brought to the Court on the Motion of the debtor Adam Czekanski and Elzbieta Czekanski (the "Debtors"), by and through their counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, seeking an Order authorizing the Debtors to enter into the Loan Modification Agreement with the secured creditor, Shellpoint Mortgage Servicing ("Shellpoint"), concerning the mortgage loan encumbering the Debtors' property located at 47 Homestead Road, Elmwood Park, NJ 07407  (the "Motion"); and the Court having considered the certification of Debtor filed in support of the Motion (the "Certification") with its exhibit; and due notice having been given; and for good cause shown:

**IT IS ORDERED** the Motion is approved as provided herein;

**ORDERED** that Shellpoint, and the Debtors are hereby authorized to enter into a loan modification; and it is further;

**ORDERED** that Shellpoint, solely in its capacity as servicer, shall deliver to the Debtors a fully executed copy of the Loan Modification Agreement pursuant to the proposed terms set forth in the exhibit attached to the Certification (the "Exhibit") within thirty (30) days of the date upon which this Order is entered; and it is further.