UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**SCURA, WIGFIELD, HEYER,**
**STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Telephone: 973-696-8391
David L. Stevens
dstevens@scura.com
Counsel for Debtors

Order Filed on May 18, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Adam Czekanski,
                Debtors.

Chapter 7

Case No. 18-11160

Hon. Rosemary Gambardella

Hearing Date: June 3, 2020 at 10 am

## ORDER AUTHORIZING THE DEBTORS TO ENTER INTO A LOAN MODIFICATION AGREEMENT

The relief set forth on the following page, numbered two (2) through two (2), is hereby **ORDERED**.

**DATED: May 18, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtors: Adam Czekanski and Elzbieta Czekanski;
Case No.: 18-11160 (RG)

Caption of Order: **Order Authorizing Debtors to Enter Into Loan Modification Agreement**

Page 2 of 2

THIS MATTER, having been brought to the Court on the Motion of the debtor Adam Czekanski and Elzbieta Czekanski (the "Debtors"), by and through their counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, seeking an Order authorizing the Debtors to enter into the Loan Modification Agreement with the secured creditor, Shellpoint Mortgage Servicing ("Shellpoint"), concerning the mortgage loan encumbering the Debtors' property located at 47 Homestead Road, Elmwood Park, NJ 07407 (the "Motion"); and the Court having considered the certification of Debtor filed in support of the Motion (the "Certification") with its exhibit; and due notice having been given; and for good cause shown:

**IT IS ORDERED** the Motion is approved as provided herein;

**ORDERED** that Shellpoint, and the Debtors are hereby authorized to enter into a loan modification; and it is further;

**ORDERED** that Shellpoint, solely in its capacity as servicer, shall deliver to the Debtors a fully executed copy of the Loan Modification Agreement pursuant to the proposed terms set forth in the exhibit attached to the Certification (the "Exhibit") within thirty (30) days of the date upon which this Order is entered; and it is further.

United States Bankruptcy Court
District of New Jersey

In re:  
Adam Czekanski  
Elzbieta Czekanski  
    Debtors

Case No. 18-11160-RG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: May 18, 2020  
                              Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2020.  
db/jdb       +Adam Czekanski,   Elzbieta Czekanski,   16 Homestead Road,   Elmwood Park, NJ 07407-1307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2020                                                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2020 at the address(es) listed below:

           David L. Stevens    on behalf of Joint Debtor Elzbieta  Czekanski dstevens@scura.com,  
            ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com  
           David L. Stevens    on behalf of Debtor Adam  Czekanski dstevens@scura.com,  
            ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com  
           Denise E. Carlon    on behalf of Creditor   HomeBridge Financial Services, Inc.  
            dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
           Donald V. Biase    dbiase4236@gmail.com,  
            dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com  
           John R. Morton, Jr.    on behalf of Creditor   Ford Motor Credit Company, LLC  
            ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com  
           Laura M. Egerman    on behalf of Creditor   New Penn Financial, LLC d/b/a Shellpoint Mortgage  
            Servicing bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com  
           Marie-Ann Greenberg    magecf@magtrustee.com  
           Rebecca Ann Solarz    on behalf of Creditor   HomeBridge Financial Services, Inc.  
            rsolarz@kmllawgroup.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                TOTAL: 9