Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  18−11160−RG
        Chapter:  7
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Adam Czekanski                                 Elzbieta Czekanski
  16 Homestead Road                        16 Homestead Road
  Elmwood Park, NJ 07407             Elmwood Park, NJ 07407

Social Security No.:
  xxx−xx−6318                                       xxx−xx−5351

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Donald V. Biase is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 5, 2020</u>                 <u>Rosemary Gambardella</u>
                                                Judge, United States Bankruptcy Court