**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Adam Czekanski | Social Security number or ITIN  xxx–xx–6318 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Elzbieta Czekanski | Social Security number or ITIN  xxx–xx–5351 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–11160–RG | |

## Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Adam Czekanski                    Elzbieta Czekanski

6/5/20                             **By the court:**   Rosemary Gambardella
                                                     United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-11160-RG
Adam Czekanski                                                                  Chapter 7
Elzbieta Czekanski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2            Date Rcvd: Jun 05, 2020
                              Form ID: 318               Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2020.
```
db/jdb         +Adam Czekanski,    Elzbieta Czekanski,    16 Homestead Road,    Elmwood Park, NJ 07407-1307
cr             +New Penn Financial, LLC d/b/a Shellpoint Mortgage,    RAS Citron, LLC,
                 130 Clinton Road, Suite 202,    Fairfield NJ 07004-2927
517286587      +1st Crd Srvc,    377 Hoes Lane,    Piscataway, NJ 08854-4138
517425278      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517286590      +Bby/cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
517335762      +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
517426940      +HomeBridge Financial Services, Inc.,    c/o Cenlar FSB,    425 Phillips Blvd,
                 Ewing, NJ 08618-1430
517904333      +New Penn Financial, LLC,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
517938140      +New Penn Financial, LLC,    Shellpoint Mortgage Servicing,    P.O. Box 10826,
                 Greenville, SC 29603-0826
517885309       New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
                 Greenville, SC  29603-0675
517885310       New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
                 Greenville, SC  29603-0675,    New Penn Financial, LLC d/b/a Shellpoint,    P.O. Box 10675,
                 Greenville, SC  29603-0675
517286601      +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
517441930      +The Bureaus, Inc.,    c/o of PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
517391378       US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
517286604      +Us Dept Of Ed/glelsi,    2401 International Lane,    Madison, WI 53704-3121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +E-mail/Text: BNC@magtrustee.com Jun 06 2020 03:31:41      Marie-Ann Greenberg,
                 Chapter 13 Standing Trustee,    30 Two Bridges Rd,    Suite 330,    Fairfield, NJ 07004-1550
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 06 2020 03:30:27      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 06 2020 03:30:22      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: FORD.COM Jun 06 2020 06:23:00      Ford Motor Credit Company, LLC,    PO Box 62180,
                 Colorado Springs, MO  80962
517286588      +EDI: RMCB.COM Jun 06 2020 06:23:00      Amca,    2269 S Saw Mill,    Elmsford, NY 10523-3832
517412611       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 06 2020 03:26:18
                 Ashley Funding Services, LLC its successors and,     assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517286589       EDI: BANKAMER.COM Jun 06 2020 06:23:00      Bankamerica,    Po Box 982238,    El Paso, TX 79998
517286591       EDI: BANKAMER.COM Jun 06 2020 06:23:00      Bk Of Amer,    Po Box 982238,    El Paso, TX 79998
517295178      +EDI: AISACG.COM Jun 06 2020 06:23:00      BMW Bank of North America,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517353623       EDI: BMW.COM Jun 06 2020 06:23:00      BMW Financial Services NA, LLC,    P.O. Box 3608,
                 Dublin, OH  43016
517286592       EDI: BMW.COM Jun 06 2020 06:23:00      Bmw Financial Services,    5515 Parkcenter Cir,
                 Dublin, OH 43017
517295179      +EDI: AISACG.COM Jun 06 2020 06:23:00      BMW Financial Services NA, LLC,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517286593       EDI: CAPITALONE.COM Jun 06 2020 06:23:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
517348501       EDI: CAPITALONE.COM Jun 06 2020 06:23:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
517286594      +E-mail/Text: bankruptcy@cavps.com Jun 06 2020 03:30:56      Cavalry Portfolio Serv,
                 Po Box 27288,    Tempe, AZ 85285-7288
517324140      +E-mail/Text: bankruptcy@cavps.com Jun 06 2020 03:30:56      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517286595      +E-mail/Text: kzoepfel@credit-control.com Jun 06 2020 03:30:30      Central Loan Admin & R,
                 425 Phillips Blvd,    Ewing, NJ 08618-1430
517286597      +EDI: WFNNB.COM Jun 06 2020 06:23:00      Comenity Bank/pier 1,    Po Box 182789,
                 Columbus, OH 43218-2789
517958049       EDI: Q3G.COM Jun 06 2020 06:23:00      Department Stores National Bank,    c/o Quantum3 Group LLC,
                 PO Box 657,    Kirkland, WA  98083-0657
517303236       EDI: DISCOVER.COM Jun 06 2020 06:23:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
517286598      +EDI: DISCOVER.COM Jun 06 2020 06:23:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
517286599      +EDI: TSYS2.COM Jun 06 2020 06:23:00      Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
517363635       EDI: FORD.COM Jun 06 2020 06:23:00      Ford Motor Credit Company LLC,    P.O. Box 62180,
                 Colorado Springs, CO 80962
517324027      +EDI: FORD.COM Jun 06 2020 06:23:00      Ford Motor Credit,    PO box 542000,
                 Omaha, NE 68154-8000
```

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Jun 05, 2020
                               Form ID: 318             Total Noticed: 50

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517286596          EDI: JPMORGANCHASE Jun 06 2020 06:23:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850
517286600         +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Jun 06 2020 03:32:08
                   Jh Portfolio Debt Equi,    5757 Phantom Dr Ste 225,    Hazelwood, MO 63042-2429
517298850         +EDI: MID8.COM Jun 06 2020 06:23:00      Midland Funding LLC,    PO Box 2011,
                   Warren, MI 48090-2011
517399919          EDI: Q3G.COM Jun 06 2020 06:23:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                   PO Box 788,    Kirkland, WA 98083-0788
517384299          EDI: USBANKARS.COM Jun 06 2020 06:23:00      U.S. Bank National Association,
                   Bankruptcy Department,    PO Box 108,    St. Louis MO 63166-0108
517286603          EDI: USBANKARS.COM Jun 06 2020 06:23:00      Us Bk Rms Cc,    Po Box 108,    Saint Louis, MO 63166
517286602         +EDI: CITICORP.COM Jun 06 2020 06:23:00      Unvl/citi,    Po Box 6241,
                   Sioux Falls, SD 57117-6241
517392949         +EDI: AIS.COM Jun 06 2020 06:23:00      Verizon,    by American InfoSource LP as agent,
                   4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517286605         +EDI: WFFC.COM Jun 06 2020 06:23:00      Wells Fargo,    Po Box 14517,    Des Moines, IA 50306-3517
517286606         +EDI: WFFC.COM Jun 06 2020 06:23:00      Wells Fargo Bank,    Po Box 14517,
                   Des Moines, IA 50306-3517
517372533          EDI: WFFC.COM Jun 06 2020 06:23:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                   PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
                                                                                              TOTAL: 35

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517938141        New Penn Financial, LLC,    Shellpoint Mortgage Servicing,    P.O. Box 10826,
                  Greenville, SC 29603-0675,    New Penn Financial, LLC,    Shellpoint Mortgage Servicing
517378610*       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                  Des Moines, IA 50306-0438
                                                                                              TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2020 at the address(es) listed below:
              David L. Stevens    on behalf of Debtor Adam    Czekanski dstevens@scura.com,
               ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
               om
              David L. Stevens    on behalf of Joint Debtor Elzbieta    Czekanski dstevens@scura.com,
               ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
               om
              Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Donald V. Biase    dbiase4236@gmail.com,
               dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Laura M. Egerman    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage
               Servicing bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    HomeBridge Financial Services, Inc.
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 9
```